Lisa D. Angelo (SBN 229000)
Gina E. Och (SBN 170520)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
E-Mail   langelo@murchisonlaw.com
         goch@murchisonlaw.com

Attorneys for Cross-Defendants, GINA LISITSA and LISITSA LAW, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Lev Investments, LLC,<br><br>    Debtors.<br><br>――――――――――――<br><br>LEV INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>RUVIN FEYGENBERG, et al.,<br><br>    Defendants. | CASE NO. 1:20-bk-11006<br>Adv. No, 20-ap-01065-VK<br><br>Chapter 11<br><br>**DECLARATION OF LISA D. ANGELO IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO OSC RE: REMAND ACTION (DKT. 2) AND IN SUPPORT OF REMAND**<br><br>*Filed and Served Concurrently with Memorandum of Points and Authorities; Request for Judicial Notice*<br><br>Date:   August 12, 2020<br>Time:   1:30 p,m,<br>Crtrm:  Courtroom 301<br>        21041 Burbank Blvd.<br>        Woodland Hills, CA 91367 |

I, Lisa D. Angelo, declare as follow:

1.    I am an attorney-at-law licensed to practice in the State of California and I am a partner with Murchison & Cumming, LLP, counsel of record herein for Cross-Defendants, GINA LISITSA and LISITSA LAW, INC. I am one of the attorneys at

our firm responsible for handling the defense of this matter on behalf of Cross-Defendants, GINA LISITSA and LISITSA LAW, INC, and, on this basis, and upon such other bases set forth below, I have personal knowledge of the matters set forth in this Declaration, except where stated on information and belief, and could and would competently testify to them under oath if called as a witness.

2. This Declaration is filed in support of the MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO OSC RE: REMAND ACTION (DKT. 2) AND IN SUPPORT OF REMAND.

3. On June 20, 2019, Debtor LEV INVESTMENTS, LLC ("LEV") commenced an action, in the Superior Court of California in the County of Los Angeles, entitled, *Lev Investments, LLC v. Feygenberg, et al.*, Case No. 19VECV00878 ("State Court Action"), against Defendants Mr. Feygenberg, Mr. Leizerovitz, SENSIBLE, and MING ZHU, LLC and DOES 1 through 100. Attached as Exhibit "A" to the Request for Judicial Notice ("RJN") is a true and correct copy of State Court Docket entitled Lev Investments, LLC vs. Ruvin Feygenberg, et al., Los Angeles Superior Court Case No. 19VECV00878. On September 27, 2019, LEV filed a First Amended Complaint in the State Court Action against the same named defendants. The action has been pending for more than a year, it has had several proceedings, including case management conferences and hearings on demurrers and a motion to be relieved as counsel.

4. On March 20, 2020, Feygenberg, Mr. Leizerovitz, SENSIBLE filed a Cross-Complaint in the State Court Action against Cross-Defendants LEV, DMITRI LIOUDKOVSKI (aka Dmitri Ludkovski), LISITSA, REAL PROPERTY TRUSTEE, INC., MIKE KEMEL, and ROES 1 to 50. Attached as Exhibit "B" to the RJN is a true and correct copy of the Cross-Complaint in the State Court Action entitled Lev Investments, LLC vs. Ruvin Feygenberg, et al., Los Angeles Superior Court Case No. 19VECV00878 filed on March 20, 2020.

5.      Prior to this filing, on January 19, 2020, Mr. Feygenberg, Mr. Leizerovitz, and SENSIBLE also filed a separate Complaint for legal malpractice against LISITSA in the Superior Court for the State of California, County of Los Angeles, Case No. 20STCV03696.  Attached as Exhibit "C" to the RJN is a true and correct copy of the Complaint for Damages filed in the State Court Action entitled <u>Michael Leizerovitz, Ruvin Feygenberg, et al., vs. Yevgeniy A. Lisitsa, et al.</u>, Los Angeles Superior Court Case No. 20STCV03696.  To date and for some unknown reason, Mr. Feygenberg, Mr. Leizerovitz, and SENSIBLE have not served LISITSA with a copy of the summons and Complaint in Case No. 20STCV03696 despite the fact that I agreed to accept service on behalf of LISITSA.

6.      Meanwhile, on May 8, 2020, LISITSA was served with the summons and Cross-Complaint through its agent for service concerning the State Court Action entitled <u>Lev Investments, LLC vs. Ruvin Feygenberg, et al</u>., Los Angeles Superior Court Case No. 19VECV00878.

7.      Then, on May 15, 2020, Mr. Feygenberg, Mr. Leizerovitz, and SENSIBLE filed a Notice of Related Cases with respect to Case No. 20STCV03696 and Case No. 19VECV00878. Attached as Exhibit "D" to the RJN is a true and correct copy of the Notice of Related Case filed in the State Court Action entitled <u>Lev Investments, LLC vs. Ruvin Feygenberg, et al</u>., Los Angeles Superior Court Case No. 19VECV00878.

8.      On June 19, 2020, LISITSA filed a stipulation and proposed Order striking the punitive damages from the Cross-Complaint. The proposed Order has yet to be signed by the Court.  On the same day, LISITSA also filed a Demurrer to the Third Cause of Action for Concealment of the Cross-Complaint.  The hearing date on said Demurrer was set for August 13, 2020. <u>Id.</u>  The issue still needs to resolved.

9.      On June 26, 2020, Mr. Feygenberg, Mr. Leizerovitz, and SENSIBLE removed their Cross-Complaint to this court and did not remove their separate

Complaint for Damages filed in the State Court Action entitled <u>Michael Leizerovitz, Ruvin Feygenberg, et al., vs. Yevgeniy A. Lisitsa, et al.</u>, Los Angeles Superior Court Case No. 20STCV03696.

10. On July 17, 2020, Ms. Lisitsa complied with the Court's Order in BK Case No. 1:20-bk-11006 [Dkt. No. 60] and produced documents along with a responsive pleading wherein she asserted both her responses and objections to each request sought in the Debtor's subpoena. In light of the production, both the Debtor and Ms. Lisitsa agreed to file a stipulation on or before July 24, 2020, continuing the deposition date set forth in the Court's Order.

Executed on this 24th day of July, 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Lisa D. Angelo*
Lisa D. Angelo

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF LISA D. ANGELO IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO OSC RE: REMAND ACTION (DKT. 2) AND IN SUPPORT OF REMAND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 24, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker, kate.bunker@usdoj.gov
John Burgee, jburgee@bandalaw.net
Caroline Renee Djang (TR) caroline.djang@bbklaw.com,
C190@ecfcbis.com; sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
davidtilem@tilemlaw.com;
DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)July 24, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria Kaufman, Judge Presiding
Central District of California
21041 Burbank Boulevard
Woodland Hills, CA 91367

Lev Investments, LLC
13854 Albers Street
Sherman Oaks, CA 91401

Ming Zhu LLC

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2020 | Michelle L. Fisher | /s/ *Michelle L. Fisher* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**