Lisa D. Angelo (SBN 229000)
Gina E. Och (SBN 170520)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
E-Mail    langelo@murchisonlaw.com
         goch@murchisonlaw.com

Attorneys for Cross-Defendants, GINA LISITSA and LISITSA LAW, INC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Lev Investments, LLC,<br><br>　　　Debtors.<br><hr>LEV INVESTMENTS, LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RUVIN FEYGENBERG, et al.,<br><br>　　　Defendants. | CASE NO. 1:20-bk-11006<br>Adv. No, 20-ap-01065-VK<br><br>Chapter 11<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR ABSTENTION AND TO REMAND ACTION TO STATE COURT**<br><br>*[Filed and Served Concurrently with Memorandum of Points and Authorities in Response; and Declaration of Lisa D. Angelo]*<br><br>Date:　August 12, 2020<br>Time:　1:30 p,m,<br>Crtrm:　Courtroom 301<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA 91367 |

## I.

## INTRODUCTION

Cross-Defendants, GINA LISITSA and LISITSA LAW, INC, ask the Court to take judicial notice of the following attached documents:

　　1.　State Court Docket entitled <u>Lev Investments, LLC vs. Ruvin Feygenberg,</u>

1  et al., Los Angeles Superior Court Case No. 19VECV00878 as Exhibit "A".

2      2.    Cross-Complaint in the State Court Action entitled Lev Investments, LLC vs. Ruvin Feygenberg, et al., Los Angeles Superior Court Case No. 19VECV00878 filed on March 20, 2020, as Exhibit "B".

    3.    Complaint for Damages filed in the State Court Action entitled Michael Leizerovitz, Ruvin Feygenberg, et al., vs. Yevgeniy A. Lisitsa, et al., Los Angeles Superior Court Case No. 20STCV03696, as Exhibit "C".

    4.    Notice of Related Case filed in the State Court Action entitled <u>Lev Investments, LLC vs. Ruvin Feygenberg, et al.</u>, Los Angeles Superior Court Case No. 19VECV00878, as Exhibit "D".

    5.    Complaint filed in State Court entitled *Ayzenberg v. Lev Investments, LLC, Dmitri Ludkovski, Ruvin Feygenberg, Michael Leizerovitz, Sensible and Does 1-30*, Los Angeles Superior Court Case No. 19STCV38222, as Exhibit "E".

    6.    Complaint filed in State Court entitled *FR LLC v. Lev Investments, LLC, Dmitri Ludkovski, Ruvin Feygenberg, Michael Leizerovitz, Sensible and Does 1-100*, Los Angeles Superior Court Case No. 19STCV45132, as Exhibit "F".

    Cross-Defendants also respectfully request the Court take Judicial Notice of the documents and pleadings filed in these proceedings, as well as those in the U.S. District Court and Los Angeles Superior Court.

## II.

## ARGUMENT

Under the Federal Rules of Evidence, Rule 201, the Court may judicially notice a fact that is not subject to reasonable dispute, because it: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Federal Rules of Evidence, Rule 201(b). The pleadings, files and dockets of this Court, the U.S. District Court and the Los Angeles Superior Court are therefore, proper subjects for

1 | judicial notice.

2 | DATED:  July 24, 2020					**MURCHISON & CUMMING, LLP**

4 | By:  ___*/s/  Lisa D. Angelo*___
5 | Lisa D. Angelo
　| Gina E. Och
6 | Attorneys for Cross-Defendants, GINA LISITSA and LISITSA LAW, INC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR ABSTENTION AND TO REMAND ACTION TO STATE COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 24, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker, kate.bunker@usdoj.gov
John Burgee, jburgee@bandalaw.net
Caroline Renee Djang (TR) caroline.djang@bbklaw.com,
C190@ecfcbis.com; sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
davidtilem@tilemlaw.com;
DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)July 24, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria Kaufman, Judge Presiding
Central District of California
21041 Burbank Boulevard
Woodland Hills, CA 91367

Lev Investments, LLC
13854 Albers Street
Sherman Oaks, CA 91401

Ming Zhu LLC

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2020 | Michelle L. Fisher | /s/ *Michelle L. Fisher* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**