| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John G. Burgee (132129)<br>jburgee@bandalaw.net<br>Burgee & Abramoff, PC<br>20501 Ventura Boulevard, Suite 262<br>Woodland Hills, CA 91364<br>T: (818) 264-7575<br>F: (818) 264-7576<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendants/Cross-Complainants | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>Lev Investments, LLC<br><br><br>Debtor(s). | CASE NO.:    1:20-bk-11006-VK<br><br>ADVERSARY NO.:  1:20-ap-01065-VK<br><br>CHAPTER:    11 |
|---|---|
| Lev Investments, LLC<br><br><br><br>Plaintiff(s).<br>vs.<br>Ruvin Feygenberg, Michael Leizerovitz, Sensible Consulting and Management, Inc., Ming Zhu, LLC and Does 1 Through 100;<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:        08/12/2020<br>TIME:        1:30 PM<br>COURTROOM:   301<br>ADDRESS:     21041 Burbank Boulevard<br>             Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                              Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):
A.2 & A-3. Cross-Defendants Mike Kemel and Real Property Trustee, Inc. have filed a motion to dismiss. Cross-Defendants Yevgeniya Lisitsa (aka Y. Gina Lisitsa), Lisitsa Law, Inc. have filed a motion to dismiss. The two motions to dismiss have not yet been set for hearing.

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | November 2020 | January 20, 2021 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   |  | Cross-Defendants have pending motions to dismiss; Intervening holidays; Number of parties and related claims |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | October 31, 2020 | December 10, 2020 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Initial disclosures | Initial disclosures |
   | Written discovery | Written discovery for all parties |
   | Depositions s | Depositions of all parties |

## C. TRIAL TIME:

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | 3-4 hours | 8-10 hours |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time - estimated 4-6 | 7 witnesses |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*            Page 2            F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time | Approximately 40-60 exhibits depending upon discovery |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 11/01/2020 | (date) 01/01/2021 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Plaintiff and Defendants have been engaged in informal settlement discussions since May 2020.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 7/29/20

Burgee & Abramoff, PC
Printed name of law firm

Signature

John G. Burgee
Printed name

Attorney for: Defendants/Cross-Complainants

Date: 07/28/2020

Levene, Neale, Bender, Yoo & Brill L.L.P.
Printed name of law firm

/S/ David B. Golubchik
Signature

David B. Golubchik
Printed name

Attorney for: Lev Investments, LLC, Plaintiff

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                        Page 4                                                    F 7016-1.STATUS.REPORT

# JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Yevgeniya Lisitsa (aka Y. Gina Lisitsa), Lisitsa Law, Inc.

☐ Plaintiff    ☐ Defendant    Other (*specify*): Cross-Defendants

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

    Spring 2021 at the earliest.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
    I have a trial date set in the Central District with Judge Wilson for 12/1/20. Our pre-trial conference is 11/23/20. The case is 2:17-cv-04059. I will be preparing for trial in November and in trial the first week of December. I have a "trial preference" date in the Los Angeles Superior Court set for 10/29/20. Case No. 20STCV03749. This date is "firm" so long as we can secure jurors. I will be preparing for this high exposure trial throughout October.

3. When do you expect to complete *your* discovery efforts?
    January 2021.

4. What additional discovery do you require to prepare for trial?
    This case was in the initial pleading stage prior to removal. We have a pending motion to remand and dismissal of the cross-complaint as to my client. In light of the status of the pleadings, no discovery has been propounded by the cross-complainant or cross-defendant with respect to my client.

## C. TRIAL TIME:

1. What is your estimate of the time required to present *your side of the case* at trial (*including rebuttal stage if applicable*)?
    Depending on the outcome of our pending motions, which includes a request for dismissal as to the third cause of action in the cross-complaint, 3-4 days. My client has demanded a jury trial.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
    Depends on what information is gathered during discovery. Possibly 4-8 witnesses.

3. How many exhibits do you anticipate using at trial?
    It depends on what information is gathered during discovery. Roughly, based upon the limited infomration available to us now, between 75-125 exhibits.

## D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference    ☒ is    ☐ is not    requested.
Reasons: _____

_____

Pretrial conference should be set *after* (*date*): _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                    F 7016-1.STATUS.REPORT.ATTACH

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   To date, no settlement discussions have been had.  Cross-complainant has agreed to send a demand to cross-defendant by the first week of April.

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?  ☒ Yes  ☐ No

F. **FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

I ☐ do  ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Murchison & Cumming, LLP
Printed name of law firm

Signature

Lisa D. Angelo
Printed name

Attorney for: Gina Lisitsa & Lisitsa Law, Inc.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          Page 2                              F 7016-1.STATUS.REPORT.ATTACH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
20501 Ventura Boulevard, Suite 262, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov; Michael Shemtoub michael@lexingtonlg.com
Caroline Renee Djang (TR) caroline.djang@bbklaw.com; sansanee.wells@bbklaw.com; wilma.escalante@bbklaw.com
David A Tilem davidtilem@tilemlaw.com, DianaChau@tilemlaw.com, JoanFidelson@ecf.inforuptcy.com;
David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com; Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
Lisa D Angelo langelo@murchisonlaw.com, cthomas@murchisonlaw.com;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/29/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Victoria Kaufman, Judge, US Bankruptcy Court, 21041 Burbank Blvd., Suite 354, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/29/2020 | John Burgee | /s/ John Burgee |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 5                                    F 7016-1.STATUS.REPORT