**JOHN G. BURGEE, ESQ. (State Bar No. 132129)**
jburgee@bandalaw.net
**BURGEE & ABRAMOFF, P.C.**
20501 Ventura Boulevard, Suite 262
Woodland Hills, California  91364
T: (818) 264-7575
F: (818)264-7576

Attorneys for Defendants/Cross-Complainants
RUVIN FEYGENBERG, MICHAEL LEIZEROVITZ and SENSIBLE CONSULTING AND MANAGEMENT, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.  1:20-bk-11006-VK |
| Lev Investments, LLC, | Chapter 11 |
| Debtor. | Adversarial No. 1:20-ap-01065-VK |
| _____ | DECLARATION OF JOHN G. BURGEE RE: LACK OF COOPERATION OF CROSS-DEFENDANTS REAL PROPERTY TRUSTEE, INC. AND MIKE KEMEL IN PREPARATION OF JOINT STATUS REPORT |
| Lev Investments, LLC, | |
| Plaintiff, | |
| vs. | |
| Ruvin Feygenberg, Michael Leizerovitz, Sensible Consulting and Management, Inc., Ming Zhu, LLC and Does 1 Through 100; | |
| | Status Conference: August 12, 2020 |
| | Time: 1:30 p.m. |
| Defendants. | Courtroom:   301 |
| _____ | 21041 Burbank Blvd. Woodland Hills, CA 91367 |
| AND CROSS-COMPLAINT. | |
| _____ | |

I, JOHN G. BURGEE declare:

1. I am an attorney at law duly qualified before this Court and am a principal of the law firm Burgee & Abramoff Professional Corporation, attorneys of record for Cross-Complainant Michael Leizerovitz.  I have personal knowledge of the facts stated herein and if called upon to testify, I can and will competently testify thereto.

1

2.    As the counsel that removed this action to this Court, I initiated communications with counsel for the other parties in order to prepare a Joint Status Report.  I emailed all counsel on July 24, 2020, attaching the appropriate forms which included an Additional Party Attachment for Cross-Defendants Real Property Trustee, Inc. and Mike Kemel.  Additionally I proposed a telephonic conference to discuss the information required for the Joint Status Report.  Among the other counsel in this action, the email was sent to Michael Shemtoub who is counsel of record for Real Property Trustee, Inc. and Mike Kemel, at his email address of Michael@LexingtonLG.com.

3.    In further email among counsel, a telephonic conference was scheduled for July 28, 2020 at 11:00 a.m.  Mr. Shemtoub was copied on the email and sent a reply on the morning of July 28 from the email Michael@beverlylaw.org stating: "If you all can the great.  Otherwise, No time to waste.  I am un interested in wasting more time.  There is nothing for me to mediate."  I was not clear as to the meaning of this message and provided all parties with call-in information for the telephone conference.

4.    The telephone conference proceeded as scheduled with counsel for all parties except Mr. Shemtoub.  I therefore sent Mr. Shemtoub an email to both of his email addresses immediately after the conference, summarizing the main points discussed and again requesting his completion and return of the Additional Party Attachment for the Joint Status Report, attaching another copy of this document for him to use.  I have had no response from Mr. Shemtoub nor has he sent me the Additional Party Attachment for his clients.  I have therefore filed the Joint Status Report without Mr. Shemtoub's input.

5.    A true and correct copy of the email chain with all of the email discussed in this declaration is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 29, 2020, at Woodland Hills, California.

                                                       /s / John G. Burgee
                                                       JOHN G. BURGEE

1
2
3    EXHIBIT 1
4
5    EMAIL RE: PREPARATION OF JOINT STATUS REPORT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

## John G. Burgee

| | |
|---|---|
| **From:** | "John G. Burgee" <jburgee@bandalaw.net> |
| **Date:** | Tuesday, July 28, 2020 11:36 AM |
| **To:** | "Michael Shemtoub" <Michael@beverlylaw.org> |
| **Cc:** | "Lisa D. Angelo" <langelo@murchisonlaw.com>; "Michael@LexingtonLG.com" <Michael@lexingtonlg.com>; "James R. Felton" <jfelton@gblawllp.com>; "David Tilem" <davidtilem@tilemlaw.com>; "Juliet Y. Oh" <jyo@lnbyb.com>; "Chris Thomas" <CThomas@murchisonlaw.com>; "David B. Golubchik" <DBG@lnbyb.com> |
| **Attach:** | F7016-1.STATUSREPORTATTACH -- Kemel RPT.pdf |
| **Subject:** | Re: Lev v Feygenberg (45696) |

We missed you at the conference call today regarding the preparation of the Status Conference Report. We discussed 120 days for discovery (proposed December 10, 2021) and 160 days to trial (proposed January 20, 2021). Lisa was concerned that she needed more time based upon a trial she has on December 1 in Federal Court and I expect that she will note that on her input for the report.

Attached is another copy of the attachment for your clients that we are required to include with the report which is due tomorrow. I am hoping to have everyone's input by tomorrow morning in order to circulate a proposed final report before filing. Consequently, please return the attachment with your input.

Thank you.

John G. Burgee

Burgee & Abramoff, PC
20501 Ventura Boulevard, Suite 262
Woodland Hills, California 91364
T: (818) 264-7575
F: (818) 264-7576

**From:** John Burgee
**Sent:** Tuesday, July 28, 2020 9:31 AM
**To:** Michael Shemtoub ; David B. Golubchik
**Cc:** Lisa D. Angelo ; Michael@LexingtonLG.com ; James R. Felton ; David Tilem ; Juliet Y. Oh ; Chris Thomas
**Subject:** Re: Lev v Feygenberg (45696)

11am it is then. I don't usually set up conference calls and have no staff right now, but I have been given the following information:

Dial in -- (602) 580-9783
Access Code -- 5869408

Thank you.

John G. Burgee
Burgee & Abramoff, PC

---

**From:** Michael Shemtoub <Michael@beverlylaw.org>
**Sent:** Tuesday, July 28, 2020 8:30 AM
**To:** David B. Golubchik <DBG@lnbyb.com>
**Cc:** Lisa D. Angelo <langelo@murchisonlaw.com>; John Burgee <jburgee@bandalaw.net>;

Michael@LexingtonLG.com <Michael@lexingtonlg.com>; James R. Felton <jfelton@gblawllp.com>; David Tilem <davidtilem@tilemlaw.com>; Juliet Y. Oh <jyo@lnbyb.com>; Chris Thomas <CThomas@murchisonlaw.com>
**Subject:** Re: Lev v Feygenberg (45696)

If you all can the great.  Otherwise, No time to waste.   I am un interested in wasting more time. There is nothing for me to mediate.

On Mon, Jul 27, 2020 at 8:52 PM David B. Golubchik <DBG@lnbyb.com> wrote:
> I am as well
>
>
> **DAVID B. GOLUBCHIK**, Esq.
> **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
> 10250 Constellation Blvd.  |  Suite 1700  |  Los Angeles, CA   90067
> Phone 310 229 1234  |  Direct 310 229 3393  |  Fax 310 229 1244
> dbg@lnbyb.com  |  **www.lnbyb.com**
>
>
>
> **From:** "Lisa D. Angelo" <langelo@murchisonlaw.com>
> **Sent:** Monday, July 27, 2020 7:46 PM
> **To:** 'John G. Burgee'; Michael@LexingtonLG.com
> **Cc:** David B. Golubchik; James R. Felton; David Tilem; Juliet Y. Oh; Chris Thomas
> **Subject:** RE: Lev v Feygenberg (45696)
>
> I'm available tomorrow at 11am.  Apologize for late response.  Was in an all day mediation that was intense.
>
> Please circulate conference call info.
>
> Lisa
>
>
> 
>
> LOS ANGELES
> IRVINE
> SAN DIEGO
> SAN FRANCISCO
> LAS VEGAS
> ONTARIO
>
> 
>
> Lisa D. Angelo
> Attorney at Law
> langelo@murchisonlaw.com
>
> 213.630.1023 Phone
> 213.623.6336 Fax
>
> 801 S. Grand Avenue Ninth Floor
> Los Angeles
> CA 90017
> View my vCard
> www.murchisonlaw.com
>
> CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

7/29/2020

**From:** John G. Burgee <jburgee@bandalaw.net>
**Sent:** Monday, July 27, 2020 12:50 PM
**To:** Lisa D. Angelo <langelo@murchisonlaw.com>; Michael@LexingtonLG.com
**Cc:** David B. Golubchik <DBG@lnbyb.com>; James R. Felton <jfelton@gblawllp.com>; David Tilem <davidtilem@tilemlaw.com>; Juliet Y. Oh <JYN@lnbyb.com>; Chris Thomas <CThomas@murchisonlaw.com>
**Subject:** Re: Lev v Feygenberg (45696)

I can do Tuesday morning.  Anyone have any objection to 11am?


John G. Burgee

Burgee & Abramoff, PC
20501 Ventura Boulevard, Suite 262
Woodland Hills, California 91364
T: (818) 264-7575
F: (818) 264-7576

**From:** Lisa D. Angelo
**Sent:** Saturday, July 25, 2020 5:05 PM
**To:** 'John G. Burgee' ; Michael@LexingtonLG.com
**Cc:** David B. Golubchik ; James R. Felton ; David Tilem ; Juliet Y. Oh ; Chris Thomas
**Subject:** RE: Lev v Feygenberg (45696)

Hello,

I have a Mediation on Monday and Tuesday in the afternoon.  I can be available for a call Tuesday morning.

Lisa




LOS ANGELES
IRVINE
SAN DIEGO
SAN FRANCISCO
LAS VEGAS
ONTARIO

**Lisa D. Angelo**
Attorney at Law
langelo@murchisonlaw.com

213.630.1023 Phone
213.623.6336 Fax

801 S. Grand Avenue Ninth Floor
Los Angeles
CA 90017
View my vCard
www.murchisonlaw.com

CONFIDENTIALITY NOTE: This communication contains information belonging to Murchison & Cumming LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**From:** John G. Burgee <jburgee@bandalaw.net>
**Sent:** Friday, July 24, 2020 1:59 PM
**To:** Lisa D. Angelo <langelo@murchisonlaw.com>; Michael@LexingtonLG.com
**Cc:** David B. Golubchik <DBG@lnbyb.com>; James R. Felton <jfelton@gblawllp.com>; David Tilem <davidtilem@tilemlaw.com>; Juliet Y. Oh <JYN@lnbyb.com>

7/29/2020

**Subject:** Lev v Feygenberg

We have a Status Conference on August 12. Consequently, a Status Conference Report is due by July 29. I am working on the main report with Lev's counsel. We need your contributions to the Report by way of an Additional Party Attachment. I have attached the appropriate forms for your respective client groups.

I propose that we have our meet and confer conference required by LBR 7016-1 either Monday or Tuesday afternoon so that we can discuss the matters set forth in the Status Report in order to be able to assemble, circulate and file a complete Status Report on Wednesday.

Please let me know if you have any availability conflicts.

Thank you.

John G. Burgee

Burgee & Abramoff, PC
20501 Ventura Boulevard, Suite 262
Woodland Hills, California 91364
T: (818) 264-7575
F: (818) 264-7576

**This email originated from outside of the organization. Please verify the sender and proceed with caution. Do not click any links, open any attachments, or reply unless you are certain of the sender.**

**This email originated from outside of the organization. Please verify the sender and proceed with caution. Do not click any links, open any attachments, or reply unless you are certain of the sender.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
20501 Ventura Boulevard, Suite 262, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF JOHN G. BURGEE RE: LACK OF COOPERATION OF CROSS-DEFENDANTS REAL PROPERTY TRUSTEE, INC. AND MIKE KEMEL IN PREPARATION OF JOINT STATUS REPORT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov; Michael Shemtoub michael@lexingtonlg.com
Caroline Renee Djang (TR) caroline.djang@bbklaw.com; sansanee.wells@bbklaw.com; wilma.escalante@bbklaw.com
David A Tilem davidtilem@tilemlaw.com, DianaChau@tilemlaw.com, JoanFidelson@ecf.inforuptcy.com
David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com; Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/29/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Victoria Kaufman, Judge, US Bankruptcy Court, 21041 Burbank Blvd., Suite 354, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/29/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/29/2020 | John G. Burgee | /s/ John G. Burgee |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**